

# Fourth Court of Appeals
## San Antonio, Texas

August 12, 2016

No. 04-15-00799-CR

Eric G. **YZAGUIRRE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 13-1569-CR-C
Honorable Gary L. Steel, Judge Presiding

# **O R D E R**

The Appellant's motion for extension of time to file the brief is GRANTED.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of August, 2016.

_____
Keith E. Hottle
Clerk of Court